DOMINIC J. MESSIHA, State Bar No. 204544
Dominic@MessihaLegal.com
LAW OFFICE OF DOMINIC J. MESSIHA, PC
11601 Wilshire Boulevard, Suite 500
Los Angeles, California 90025
Telephone:  (310) 575-1815
Facsimile:  (310) 575-1890
Attorneys for Plaintiff
RACHEL BOWENS

PATRICK H. HICKS, Bar No. 131509
phicks@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169
Telephone: 702.862.8800
Facsimile: 702.862.8811

JENNY BURKE, Bar No. 240643
jburke@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA  92612
Telephone:  949.705.3000
Fax No.:     949.724.1201

Attorneys for Defendant
MODA OPERANDI, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BOWENS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MODA OPERANDI, INC., an entity form unknown; KATHERINE DONNER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  2:20-cv-05410-JAK-AFM<br>HON. JOHN A. KRONSTADT<br><br>**NOTICE OF SETTLEMENT**<br><br>[LASC Case No. 20STCV17265]<br><br>Complaint Filed: May 6, 2020 |

Pursuant to the Court's Order dated April 2, 2021, Plaintiff Rachel Bowens ("Plaintiff") and Defendant Moda Operandi, Inc. ("Defendant") by and through their respective counsel, hereby jointly submit this Notice of Settlement.

The parties participated in mediation on July 15, 2021 and have agreed to resolve all claims against all parties. The terms of the agreement are confidential. The parties anticipate filing a Stipulation for Dismissal with Prejudice within 45 days.

Respectfully Submitted,

Dated: August 12, 2021

LITTLER MENDELSON, PC

By: /s/ Jenny Burke
 PATRICK H. HICKS
 JENNY BURKE
 Attorneys for Defendant

Dated: August 12, 2021

LAW OFFICE OF DOMINIC J. MESSIHA

By: /s/ Dominic Messiha
 DOMINIC MESSIHA
 Attorneys for Plaintiff

*I, Jenny Burke, am the ECF User whose identification and password are being used to file this joint Notice of Settlement. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that counsel for Plaintiff Rachel Bowens concurred in this filing and has authorized the filing.*