| | |
|---|---|
| 1 | DOMINIC J. MESSIHA, State Bar No. 204544 |
| 2 | Dominic@MessihaLegal.com<br>LAW OFFICE OF DOMINIC J. MESSIHA, PC |
| 3 | 11601 Wilshire Boulevard, Suite 500<br>Los Angeles, California 90025 |
| 4 | Telephone: (310) 575-1815 |
| 5 | Facsimile: (310) 575-1890 |
| 6 | Attorneys for Plaintiff<br>RACHEL BOWENS |
| 7 | PATRICK H. HICKS, Bar No. 131509 |
| 8 | phicks@littler.com<br>LITTLER MENDELSON, P.C. |
| 9 | 3960 Howard Hughes Parkway<br>Suite 300 |
| 10 | Las Vegas, NV 89169<br>Telephone: 702.862.8800 |
| 11 | Facsimile: 702.862.8811 |
| 12 | JENNY BURKE, Bar No. 240643<br>jburke@littler.com |
| 13 | LITTLER MENDELSON, P.C.<br>18565 Jamboree Road |
| 14 | Suite 800<br>Irvine, CA 92612 |
| 15 | Telephone: 949.705.3000<br>Fax No.:   949.724.1201 |
| 16 | Attorneys for Defendant |
| 17 | MODA OPERANDI, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BOWENS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MODA OPERANDI, INC., an entity form unknown; KATHERINE DONNER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-05410-JAK-AFM<br>HON. JOHN A. KRONSTADT<br><br>**PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. RULE 41**<br><br>Complaint Filed: May 6, 2020 |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Plaintiff Rachel Bowens and Defendant Moda Operandi, Inc. (collectively, the Parties) by and through their respective counsel, in consideration of a negotiated settlement agreement executed by them, hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, this action, and all claims asserted herein by Plaintiff against all Defendants, be and is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED AND AGREED.

Dated: September 17, 2021　　　LITTLER MENDELSON, PC

By: /s/ Jenny Burke
　PATRICK H. HICKS
　JENNY BURKE
　Attorneys for Defendant

Dated: September 17, 2021　　　LAW OFFICE OF DOMINIC J. MESSIHA

By: /s/ Dominic Messiha
　DOMINIC MESSIHA
　Attorneys for Plaintiff

*I, Jenny Burke, am the ECF User whose identification and password are being used to file this joint Stipulation to Dismiss Entire Action with Prejudice. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that counsel for Plaintiff Rachel Bowens concurred in this filing and has authorized the filing.*

　　　　　　　　　　　　　　　　/s/ Jenny Burke
　　　　　　　　　　　　　　　　JENNY BURKE